William Watson, *Appellant, v.* James W. Smith, *Respondent.* — Judgment affirmed. Opinion by Macomber, J.

Frances A. Mason, *Respondent, v.* D. Edgar Anthony, *Appellant, Impleaded, etc.* — Judgment affirmed, with leave to answer over on payment of costs of the court below and of this appeal. Opinion by Macomber, J.

The Jessup and Moore Paper Company, *Appellant, v.* Henry A. Burr, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Macomber, J.

Mary V. Ayres, *Respondent, v.* James Morgan and another, *as Executors, etc., Appellants, Impleaded, etc.* — Judgment modified as directed in opinion, without costs to either party. Opinion by Daniels, J.

Mary Schmittler, *Appellant, v.* Adam Simon, *Respondent.* — Judgment affirmed. Opinion by Davis, P. J.

James G. Bennett, *Respondent, v.* The Mayor, etc., of the City of New York, *Appellants.* — New trial ordered, costs to abide event. Opinion by Macomber, J.

William E. Leavitt, *Respondent, v.* Frederick H. Wolcott, *Appellant.* — Judgment affirmed, with costs of all parties to be paid out of the fund. Opinion by Davis, P. J.

William H. Davis, *Appellant, v.* John H. Morrell, *Respondent.* — Judgment reversed, new trial granted, costs to abide event. Opinion by Davis, P. J.

Willard Baker and another, *Respondents, v.* The New York National Exchange Bank, *Appellant.* — Judgment affirmed. Opinion by Davis, P. J.

The New York and Brooklyn Ferry Company, *Respondent, v.* The Mayor, etc., of the City of New York, *Appellants.* — Judgment reversed, new trial ordered, with costs to abide the event. Opinion by Davis, P. J.

Fletcher A. Mead, *Respondent, v.* The New York, New Haven and Hartford Railroad Company, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Macomber, J.

Robert P. Crowe, *Individually, etc., Respondent, v.* Frederick O. Lewin, *Executor, etc., Appellant.* — Judgment affirmed, with costs. Opinion by Macomber, J.

In the Matter of the Probate of the Last Will of Mary S. Hitchcock. — Decree reversed; order entered as directed in opinion. Opinion by Davis, P. J.

James Wallace, *Appellant, v.* John F. Wallace and another, *as Executors, etc.,* and others, *Respondents.* — Decree reversed; trial directed at Circuit. Opinion by Daniels, J.

Richard G. Frost, *Respondent, v.* Mary Hirschberg and others, *Appellants.* — Order affirmed, with costs. Opinion by Brady, J.